IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| CHRISTOPHER C. ROBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-6202-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Kathryn Tassinari
Drew L. Johnson
1700 Valley River Drive, First Floor
Eugene, Oregon  97401

    Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Page 1 - JUDGMENT

Daphne Banay
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900, M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant


KING, Judge:

Based on the record,

The decision of the Commissioner is hereby AFFIRMED.  This action is dismissed.

Dated this    5th    day of November, 2008.


      /s/ Garr M. King
     Garr M. King
     United States District Judge